| | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: | Joseph Camaj | Telephone: (313) 568-6049 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America

v.

Walter Omar PAZ-RODRIGUEZ

Case No. 25-30123

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 27, 2025 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michgan _____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal |

This criminal complaint is based on these facts:

On or about February 27, 2025, in the Eastern District of Michigan, Southern Division, Walter Omar PAZ-RODRIGUEZ, an alien from Honduras, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about October 17, 2013, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joseph Camaj, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ March 7, 2025 _____

_____
*Judge's signature*

City and state: _Detroit, MI_

Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Joseph Camaj, declare the following under penalty of perjury:

1.     I am a Deportation Officer employed with Immigration and Customs
Enforcement (ICE) of the United States Department of Homeland
Security, having served with ICE as a Deportation Officer since July
2007.  The facts set forth herein are based upon my personal knowledge
as well as information provided by other law enforcement officers and
record checks of law enforcement databases.  I have also reviewed
relevant immigration records relating to Walter Omar PAZ-
RODRIGUEZ, which reveal the following:

2.     Walter Omar PAZ-RODRIGUEZ is a forty-three-year-old citizen and a
native of Honduras who last entered the United States on an unknown
date, at an unknown place, without inspection by the U.S. Department of
Homeland Security.

3.     On November 5, 2010, PAZ-RODRIGUEZ was arrested by the Beaufort
County Sheriff's Department for Criminal Domestic Violence High and
Aggravated.  On April 28, 2011, Immigration and Customs Enforcement
-Enforcement and Removal Operations (ICE / ERO) in Charleston, SC
encountered PAZ-RODRIGUEZ at the Beaufort County Detention
Center and served him Form I-862, Notice to Appear pursuant to section
212(a)(6)(A)(i) of the INA.

4.     On May 16, 2011, an Immigration Judge in Lumpkin, GA ordered PAZ-
RODRIGUEZ removed to Honduras from the United States.

5.     On June 6, 2011, ICE removed PAZ-RODRIGUEZ from the United
States to Honduras via JPATS Tegucigalpa, Honduras.

6.     On March 27, 2012, the United States Border Patrol (USBP) encountered
PAZ-RODRIGUEZ illegally present in the United States at or near
Weslaco, TX and served him Form I-871, Notice of Intent/Decision to

Reinstate Prior Order. USBP held him at the Weslaco Station until his appearance before a U.S. Magistrate Judge for prosecution of Illegal Entry, in violation of 8 U.S.C. §1325.

7. On March 28, 2012, PAZ-RODRIGUEZ was prosecuted in the United States District Court for the Southern District of Texas, McAllen Division, for Unlawful Re-Entry Following Removal, in violation of 8 U.S.C. §1325(a)(1). He was sentenced to the custody of the Bureau of Prisons for a term of forty-five (45) days, with credit for time served, and with a special assessment of $10.00 imposed.

8. On June 6, 2012, ICE removed PAZ-RODRIGUEZ from the United States to Honduras via JPATS Tegucigalpa, Honduras.

9. On July 31, 2013, the United States Border Patrol (USBP) encountered PAZ-RODRIGUEZ illegally present in the United States at or near Laredo, TX and served him Form I-871, Notice of Intent/Decision to Reinstate Prior Order. USBP held PAZ-RODRIGUEZ until his appearance before a U.S. Magistrate Judge for prosecution of Illegal Entry in violation of 8 U.S.C.§1325(a)(1).

10. On August 1, 2013, PAZ-RODRIGUEZ was prosecuted in the United States District Court for the Southern District of Texas, Laredo Division, for Illegal Entry, in violation of 8 U.S.C. §1325(a)(1). He was sentenced to the custody of the Bureau of Prisons for a term of seventy-five (75) days, with a special condition not to return to the United States illegally or commit any other violation of federal and/or state laws. A $10.00 special assessment was imposed, as well.

11. On October 17, 2013, ICE removed PAZ-RODRIGUEZ from the United States to Honduras via JPATS Tegucigalpa, Honduras.

12. On February 27, 2025, PAZ-RODRIGUEZ was arrested by the Detroit Police Department for Larceny – Theft from a Building and was taken to the Detroit Detention Center (DDC) to await arraignment before a judge. The charges concerned a license plate that had been stolen from an auto repair service office. The plate was later found on the vehicle being

driven by PAZ-RODRIGUEZ. At the time of his arrest, another license plate from Florida was found in the car.

13. On February 27, 2025, Immigration and Customs Enforcement / Enforcement and Removal Operations (ICE / ERO) in Detroit, MI received a biometric hit on PAZ-RODRIGUEZ's fingerprints via the Alien Criminal Response Information Management System (ACRIMe) and placed an I-247A Detainer on PAZ-RODRIGUEZ with the Detroit Detention Center (DDC).

14. On March 2, 2025, PAZ-RODRIGUEZ was released from custody at DDC and transported to the ICE ERO Detroit Field Office and served with Form I-871, Notice of Intent / Decision to Reinstate Prior Order.

15. The aforementioned detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any non-citizen entering or attempting to enter the United States, or any non-citizen present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of non-citizens.

16. On or about February 27, 2025, ICE Officers reviewed immigration file records and Department of Homeland Security electronic records, which revealed that PAZ-RODRIGUEZ did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

17. Based on the above information, I believe there is probable cause to conclude that Walter Omar PAZ-RODRIGUEZ, is a non-citizen, who was found in or reentered the United States after deportation or removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security, all

in violation of Title 8, United States Code, Section 1326(a).

Joseph Camaj, Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Anthony P. Patti
United States Magistrate Judge

March 7, 2025